UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                CRIMINAL NO. 5:08cr2DCB-JCS

EULON PORTER

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 6, 2008, this Court entered an Agreed Preliminary Order of Forfeiture, ordering defendant **EULON PORTER** to forfeit **One Weatherby Vanguard VGS rifle, .30-06 caliber, serial number VS04925** (the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, Claimant Roy Weissinger filed a valid claim and entered into a settlement agreement with the government; and

WHEREAS, no other timely claims have been filed; and

WHEREAS, Claimant Roy Weissinger has a legal right, title, and interest in the subject property, and such right, title, and interest in the property was superior to any right, title and interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the subject property.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **One**

**Weatherby Vanguard VGS rifle, .30-06 caliber, serial number VS04925** shall be released to Claimant Roy Weissinger as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order

IT IS FURTHER ORDERED that the United States District Court fully incorporates into this order the terms of the Stipulation of Settlement agreement between Claimant Roy Weissinger and the government; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, 188 East Capitol Street, Suite 500, Jackson, MS 39201, Attention: Assistant U.S. Attorney J. Scott Gilbert.

SO ORDERED, ADJUDGED, AND DECREED this 11th day of May, 2009.

                                              s/David Bramlette
                                              HONORABLE
                                              UNITED STATES DISTRICT JUDGE